UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERNON GRANT,

              Petitioner,

      v.

JOHN DOE,

              Respondent.

Case No. 22-cv-02433-WHO (PR)

**ORDER OF DISMISSAL**

United States District Court
Northern District of California

After petitioner Vernon Grant filed a "notice of information," the Clerk sent him notices directing him to file a petition on this Court's form and to file a complete application to proceed *in forma pauperis* (IFP), or pay the filing fee. (Dkt. Nos. 2 and 3.) Grant has not complied with the Clerk's Notices. Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Grant may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $5.00 filing fee), <u>and</u> (ii) a petition on this Court's form. The motion must also have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 7, 2022

_____
WILLIAM H. ORRICK
United States District Judge